1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | MARCOS CHAVEZ,                )    1:05-CV-1116 AWI LJO HC
                                   )
11 |            Petitioner,        )    ORDER ADOPTING FINDINGS AND
                                   )    RECOMMENDATION
12 |     v.                        )    [Doc. #7]
                                   )
13 |                               )    ORDER DISMISSING PETITION FOR WRIT
                                   )    OF HABEAS CORPUS
14 | KATHLEEN PROSPER,             )
                                   )    ORDER DIRECTING CLERK OF COURT
15 |            Respondent.        )    TO ENTER JUDGMENT
                                   )

16

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.

19          On November 15, 2005, the Magistrate Judge issued a Findings and Recommendation that

20   recommended the petition for writ of habeas corpus be DISMISSED for failure to comply with a

21   court order. This Findings and Recommendation was served on all parties and contained notice that

22   any objections to the Findings and Recommendation were to be filed within thirty (30) days of the

23   date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

25   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

26   and Recommendation is supported by the record and proper analysis.

27

28

U.S. District Court
E. D. California        cd                                    1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The Findings and Recommendation issued November 15, 2005, is ADOPTED IN FULL;

3      2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

4      3. The Clerk of the Court is DIRECTED to enter judgment.

5

6  IT IS SO ORDERED.

7  **Dated:      February 14, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court
E. D. California        cd                            2